**Entered on Docket
October 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEO P. FLANGAS, ESQ.**
Nevada State Bar #5637
600 S. Third Street
Las Vegas, Nevada 89101
(702) 384-1990
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: ] | BK #09-16731lbr |
| ] | CHAPTER 7 |
| GEORGE E. MISHLER and ] | |
| CHONG Y. MISHLER ] | |
| Debtor(s). ] | Hearing Date: 09-02-2009 |
| ] | Hearing Time: 10:30AM |
| ] | |
| _____] | |

**ORDER**

THIS MATTER having been heard on the above date and time, Debtor(s) being personally present and represented by their attorney **LEO P. FLANGAS, ESQ.**, and Creditor, U.S. Bank, present and represented by their attorney, **KEVIN SODERSTROM, ESQ.**, and the Court finds that:

**IT IS HEREBY ORDERED** that the Debtors' Order Discharging Debtor filed and entered by this court on August 12th, 2009 is extended

...

...

...

...

1  until December 1st, 2009 awaiting the loan modification with the
2  mortgage lender.
3        Dated on the 22nd day of October, 2009
4
5  SUBMITTED BY:
6
7  BY: /s/ LEO P. FLANGAS, ESQ.
   **LEO P. FLANGAS, ESQ.**
8  Nevada State Bar #5637
   600 S. Third Street
9  Las Vegas, Nevada 89101
   (702) 384-1990
10 Attorney for Debtor(s)
11
         **ALTERNATIVE METHOD re: RULE 9021**
12
   In accordance with Local Rule 9021, the undersigned certifies:
13
14       _____ The court waived the requirement of approval under LR 9021.
15       _____ No parties appeared or filed written objections.
16       ___X__ I have delivered a copy of this proposed order to all counsel who
   appeared at the hearing, any unrepresented parties who appeared at the hearing,
17 and any trustee appointed in this case, and each has approved or disapproved the
   order, or failed to respond, as indicated below (list each party and whether the
18 party has approved, or failed to respond to the document.
19
20                                  **APPROVED    DISAPPROVED      NO RESPONSE**

21 Brian D. Shapiro                                                   X
   411 E Bonneville #300
22 Las Vegas, NV 89101
23
24
         I declare under penalty of perjury under the laws of the State of Nevada
25
   that the foregoing is true and correct.
26
27
28                              /s/ GERI ROBINSON

1 | An Employee of LEO P. FLANGAS, ESQ.
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |